UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                 **Criminal Action**
                                                 **No: 07-10049-WGY**

**UNITED STATES**
**Plaintiff**

v.

**QUOC BINH PHAM VO**
**Defendant**


ORDER

**YOUNG, D.J.**

      For the reasons stated on the record at the hearing held 4/7/10, this Court rules the Motion to Vacate the Judgment of 2/27/09 is denied.

                                                 **By the Court,**

                                               **/s/ Elizabeth Smith**
                                               **Deputy Clerk**

**April 8, 2010**

**To: All Counsel**